**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ROMAINE L. NEVELS, | ) NO. CV 17-6434-JVS (AS) |
| Plaintiff, | ) **ORDER ACCEPTING FINDINGS,** |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS OF** |
| DEBBIE ASCUNION, et. al., | ) **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that:

(1) Plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND against Defendant Ascunion; and

(2) Plaintiff's Third Amended Complaint will proceed against Defendants Avalos, Barbatos, and Im.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: August 16, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE